IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,                              No. C-13-5399 TEH (PR)

    Plaintiff,                                  ORDER OF DISMISSAL

  v.

R. SALA,

    Defendant.
_____/

    Plaintiff Ronald Lee Canada, an inmate at New Folsom State Prison, commenced this action when he filed a three-page letter with the Court on November 20, 2013, complaining of conditions at Pelican Bay State Prison, where he was previously incarcerated. Doc. #1. On the same day the letter was filed, the Clerk notified Plaintiff that the Court cannot respond to letters and, in order to file a civil rights action, Plaintiff must submit his claims on the Court's civil rights complaint form. Doc. #2. On the same day, the Clerk also notified Plaintiff that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application

1 | Doc. #3.  See 28 U.S.C. § 1915(a)(2).  With the notices, the Clerk
2 | mailed to Plaintiff a blank civil rights complaint form and a blank
3 | IFP application.  Plaintiff was advised that failure to file the
4 | requested items within twenty-eight (28) days would result in
5 | dismissal of the action.  Doc. ##2, 3.
6 |      The deadline to file the documents has passed and
7 | Plaintiff has not filed them.  This action, therefore, is DISMISSED
8 | WITHOUT PREJUDICE for failure to file an IFP application and a civil
9 | rights complaint.
10 |      The Clerk shall terminate all pending motions as moot and
11 | close the file.
12 |      IT IS SO ORDERED.

DATED  1/8/14

THELTON E. HENDERSON
United States District Judge

2